UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DANIEL LANDA-DUERTA; and JORGE ARMANDO AVALOS-MENERA, <br><br> Defendants. | CRIMINAL ACTION NO. 4:19-CR-00041-JPB |

## **ORDER ADOPTING FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 145]. Neither party filed objections. This Court finds as follows:

A district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected-to portion under a "clearly erroneous" standard. See also Fed R. Crim. Pro. 59(b)(3). Because no objections have been

filed, the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 145] as the judgment of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the motions to suppress [Docs. 67 and 68] are **DENIED**.

**SO ORDERED** this 1st day of July, 2022.

_____
J. P. BOULEE
United States District Judge